IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI
Eastern Division

| | |
|---|---|
| MARQUITA THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:21-CV-00429 |
| | ) |
| METROPOLITAN LIFE INSURANCE, | ) JURY TRIAL DEMANDED |
| COMPANY, | ) |
| Serve Reg. Agent: CT Corporation | ) |
| Systems, 120 South Central Avenue, | ) |
| St. Louis, MO 63105 | ) |
| ST. LOUIS COUNTY SHERIFF, | ) |
| | ) |
| Defendant. | ) |

## **COMPLAINT**

Comes now plaintiff Marquita Thomas, as and for her Complaint, states as follows:

1. This is a Complaint for denial of life insurance benefits pursuant to the Employee Retirement Income Security Act ("ERISA") § 502(a)(1)(B).

2. This Court has jurisdiction over this action under 28 U.S.C. § 1331 because the cause of actions herein arise under the laws of the United States and, in particular, the Employee Retirement Income Security Act of 1974 as amended, 29 U.S.C. §§ 1001 *et seq.*

3. Marquita Thomas, a resident of St. Louis County, Missouri, is the natural mother of Richard Thomas who was at all relevant times enrolled in a company life insurance policy through his employer Avadel Pharmaceuticals administered by defendant.

4. On June 26, 2020, Richard Thomas died at the age of 33, having solely designated Marquita Thomas as the beneficiary of an Eighty-Eight Thousand Dollar ($88,000) life insurance policy. See beneficiary designation attached hereto as Exhibit A.

5. Plaintiff properly made a claim for benefits which was rejected by defendant pursuant to its letter dated October 21, 2020, attached hereto as Exhibit B.

6. Plaintiff properly appealed the decision of defendant by the letter attached hereto as Exhibit C dated December 30, 2020.

7. Said letter included an Affidavit by Avadel's director of human resources stating that Mr. Thomas properly listed his mother Marquita Thomas as the sole beneficiary in the manner provided by the computer software utilized by Avadel, and she should be entitled to receive the entire benefit as obviously intended by her son.

8. Plaintiff's administrative appeal was denied by defendant pursuant to its letter of January 15, 2021, attached hereto as Exhibit D.

9. Plaintiff has exhausted the plan's administrative appeals process and is entitled to the full benefit of Eighty-Eight Thousand Dollars ($88,000) pursuant to the plan administered by defendant.

10. That plaintiff was denied that benefit, having been paid only fifty percent (50%) or Forty-Four Thousand Dollars ($44,000) by defendant.

WHEREFORE, plaintiff Marquita Thomas prays that the Court enter judgment in her favor and against defendant in the amount of Forty-Four Thousand Dollars ($44,000), for her attorney's fees, for her costs, and for such other relief as the Court deems just and proper.

GOFFSTEIN, RASKAS, POMERANTZ,
KRAUS & SHERMAN, L.L.C.


BY: /s/ Robert E. Tucker
    ROBERT E. TUCKER, #33262MO
    Attorneys for Plaintiff
    7701 Clayton Road
    St. Louis, MO  63117
    (314) 721-7171
    (314) 721-7765 fax
    rtucker@grlawstl.com